**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 10-cv-01469-REB

RANDALL S. ASHER, D.D.S., M.S.,

    Plaintiff,

v.

THE KROGER CO., an Ohio corporation, d/b/a King Soopers,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the plaintiff's **Notice of Voluntary Dismissal** [#5] filed July 9, 2010. After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Notice of Voluntary Dismissal** [#5] filed July 9, 2010, is **APPROVED**; and

2. That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated July 12, 2010, at Denver, Colorado.

                **BY THE COURT:**

                *Bob Blackburn*
                Robert E. Blackburn
                United States District Judge